# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAURA ABRAMS on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>THE SAVANNAH COLLEGE OF ART AND DESIGN, INC.,<br><br>　　　　　　　　Defendant. | CIVIL ACTION NO.<br>1:22-CV-04297-LMM |

## ORDER GRANTING THE JOINT MOTION TO STAY

Pursuant to the parties' Joint Motion to Stay Pending a Motion for Preliminary Approval of Class Action Settlement filed on February 3, 2023, having been read and considered, the Honorable Court GRANTS the motion. Plaintiff shall file a motion for preliminary approval of class action settlement on or before March 15, 2023, and Defendant's response to Plaintiff's complaint is held in abeyance pending the Court's ruling on Plaintiff's motion for preliminary approval of class action settlement.

SO ORDERED this 7th day of February, 2023.

_____
The Honorable Leigh Martin May
United States District Court
Northern District of Georgia, Atlanta Division