IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURA ABRAMS on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE SAVANNAH COLLEGE OF ART AND DESIGN, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:22-cv-04297-LMM |

## **ORDER**

This case is before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Preliminary Certification of Settlement Class. Dkt. No. [19]. Plaintiff has since filed an amended motion which the Court granted. Dkt. Nos. [21 & 22]. Plaintiffs' original Motion, Dkt. No. [19], is therefore **DENIED AS MOOT**.

**IT IS SO ORDERED** this 12th day of April, 2023.

_____
**Leigh Martin May**
**United States District Judge**