# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAURA ABRAMS on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>THE SAVANNAH COLLEGE OF ART AND DESIGN, INC.,<br><br>                Defendant. | CIVIL ACTION NO.<br>1:22-CV-04297-LMM |

## PLAINTIFF LAURA ABRAMS' UNOPPOSED MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

Pursuant to Fed. R. Civ. P. 23(h) and Fed. R. Civ. P. 54(d)(2), as well as this Court's April 10, 2023, Order Granting Preliminary Approval of Class Action Settlement and Notice Plan [Doc. No. 22], Class Counsel respectfully moves the Court for an award of attorneys' fees in the amount of $125,000.00, and litigation expenses in the amount of $1,558.24.

Plaintiff requests that the Court grant the Motion, which Defendant does not oppose.

Respectfully submitted this 26th day of June, 2023.

                                                    */s/ N. Nickolas Jackson*
                                                    N. Nickolas Jackson
                                                    **THE FINLEY FIRM, P.C.**
                                                    3535 Piedmont Road
                                                    Building 14, Suite 230
                                                    Atlanta, GA 30305

(t) (404) 320-9979
(f) (404) 320-9978
njackson@thefinleyfirm.com

Terence R. Coates (*appearing PHV*)
Justin Walker (*appearing PHV*)
Dylan Gould (*appearing PHV*)
**MARKOVITS, STOCK & DE MARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
(t) (513) 651-3700
(f) (513) 665-0219
tcoates@msdlegal.com
jwalker@msdlegal.com
dgould@msdlegal.com

*Counsel for Plaintiff and the Settlement Class*

## CERTIFICATE OF SERVICE AND LOCAL RULE 7.1(D) CERTIFICATION

I hereby certify that on June 26, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing and effectuate service to all counsel of record in this matter, pursuant to Local Rule 5.1.

I further certify that this motion has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

/s/ *N. Nickolas Jackson*
N. Nickolas Jackson

*Counsel for Plaintiff and the Settlement Class*