# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-04297-LMM
## Abrams v. The Savannah College of Art and Design, Inc.
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 09/22/2023.

TIME COURT COMMENCED: 9:02 A.M.
TIME COURT CONCLUDED: 9:26 A.M.     COURT REPORTER: Elizabeth Cohn
TIME IN COURT: 00:24     DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Becker representing The Savannah College of Art and Design, Inc.<br>Terence Coates representing Laura Abrams<br>N. Jackson representing Laura Abrams<br>** Mary Beth Gibson representing Laura Abrams |
| PROCEEDING CATEGORY: | Motion Hearing (Motion Hearing Non-evidentiary) |
| MOTIONS RULED ON: | [24] Motion for Attorney Fees GRANTED<br>[25] Motion for Settlement GRANTED |
| MINUTE TEXT: | The Court heard from counsel regarding Plaintiff's unopposed motions for approval of class action settlement and attorneys' fees [Dkt. 24, 25] and approved the settlement and request for fees. Written order will follow. |
| HEARING STATUS: | Hearing Concluded |