UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURA ABRAMS<br>ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED<br>           Plaintiff(s),<br>vs.<br><br>THE SAVANNAH COLLEGE OF ART & DESIGN, INC.<br>           Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:22-cv-04297-LMM |

## **J U D G M E N T**

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the Plaintiff's Unopposed Motion for Attorney Fees and Litigation Expenses, and the court having Granted said motion, it is

**Ordered and adjudged** that Plaintiff recover from Defendant $125,000.00 as reasonable attorney's fees and reimbursement of litigation expenses of $1,548.24.

Dated at Atlanta, Georgia this 22nd  day of September, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/J. Arnold
         Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
September 22, 2023
Kevin P. Weimer
Clerk of Court

By:    s/J. Arnold
          Deputy Clerk