IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURA ABRAMS,<br>*on behalf of herself and all others similarly situated*,<br><br>     Plaintiff,<br><br>v.<br><br>THE SAVANNAH COLLEGE OF<br>ART AND DESIGN, INC.,<br><br>     Defendant. | CIVIL ACTION NO.<br>1:22-cv-04297-LMM |

### **ORDER**

This case comes before the Court on Plaintiff's Unopposed Motion for Attorney Fees and Litigation Expenses. Dkt. No. [24]. The Court held a hearing on this issue along with the approval of the class action settlement on September 22, 2023. The Court finds the requested award reasonable following the required analysis of the factors set out in <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 714 (5th Cir. 1974), and therefore finds good cause for granting the motion.

Accordingly, for good cause shown, and because the motion is unopposed, the Court hereby **GRANTS** the Motion.

**IT IS SO ORDERED** this 22nd day of September, 2023.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE